IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES, | CIV. NO. S-04-1827 DFL CMK |
|     Plaintiff, | |
|     v. | ORDER RE DISPOSITION AFTER <u>NOTIFICATION OF SETTLEMENT</u> |
| R&M ORTIZ, INC., dba GROCERY OUTLET; JAMES P. READ & STEVEN M. READ dba READ INVESTMENTS, | |
|     Defendants. | |

    The court has been advised by plaintiff's attorney, Scottlynn J. Hubbard IV, that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than October 20, 2005, and,

1

1      2.   That all hearing dates previously set in this matter
2 are vacated.
3      IT IS SO ORDERED.
4 Dated:  9/21/2005

*/s/ David F. Levi*
DAVID F. LEVI
United States District Judge