1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

6  JOHN H. SEARS, SBN 37687
   DAVID P. LANFERMAN, SBN 71593
7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
8  San Francisco, CA 94111
   Telephone: (415) 434-9100
9  Facsimile: (415) 434-3947

10 Attorneys for Defendants
   R&M ORTIZ, INC., dba GROCERY OUTLET,
11 JAMES P. READ and STEVEN M. READ and READ INVESTMENTS

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15 GYPSIE JONES,
                                              Case No. CIV.S. 04-1827 DFL CMK
16
         Plaintiff,
17
                                              **REQUEST FOR DISMISSAL AND**
   v.                                         **ORDER THEREON**
18
19 R&M ORTIZ, INC., dba GROCERY
   OUTLET; JAMES P. READ, STEVEN M.
20 READ dba READ INVESTMENTS,

21       Defendants.
22 _____/

23
24
25
26
27
28

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, Gypsie Jones, and defendants, R&M Ortiz, Inc. Dba Grocery Outlet and James P. Read and Steven M. Read dba READ INVESTMENTS, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: October 13, 2005					LAW OFFICES OF LYNN HUBBARD, III


							/s/ Scottlynn J Hubbard, IV
							SCOTTLYNN J HUBBARD, IV
							Attorneys for Plaintiff


Dated: October 3, 2005					SHEPPARD MULLIN RICHTER & HAMPTON


							Signature On File
							JOHN H. SEARS, ESQ.
							DAVID P. LANFERMAN, ESQ.
							Attorneys for Defendants


## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1827 DFL CMK, is hereby dismissed with prejudice.

Dated: October 17, 2005					/s/ David F. Levi
							United States District Court Judge